**Dismissed and Opinion Filed December 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-16-00704-CV
_____

### IN THE INTEREST OF E.R.-R., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-82402-X**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Whitehill
Opinion by Justice Bridges

The filing fee, docketing statement and clerk's record in this case are past due. By postcard dated June 15, 2016, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. By postcard dated July 29, 2016, we sent appellant a second notification that the $205 filing fee was due. We again directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Additionally, by postcard dated June 15, 2016, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice.

Finally, by letter dated November 3, 2016, we informed appellant that we had received notice from the District/County that the clerk's record had not been filed because appellant had

not paid or made arrangements to pay the clerk's fee. We instructed appellant to provide the Court with written verification that payment or payment arrangements had been made to the district/county clerk. We cautioned appellant that we would dismiss this appeal if we did not receive the written verification or documentation requested in our letter within ten days. To date, appellant has not paid the filing fee, filed the docketing statement, filed the requested documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b), (c); 42.3(b), (c).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

160704F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF E.R.-R., A CHILD,

No. 05-16-00704-CV

On Appeal from the 305th Judicial District Court, Dallas County, Texas
Trial Court Cause No. JD-82402-X.
Opinion delivered by Justice Bridges. Justices Lang-Miers and Whitehill participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee recover her costs of this appeal from appellant EDDY RAMIREZ-RODRIGUEZ.

Judgment entered this 1st day of December, 2016.